# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Oscar Delgado Flores also known as "Flaco" | ) Case No. 3:18-cr-00200 -01 Judge Campbell |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Oscar Delgado Flores also known as "Flaco",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1959(a)(1) and 18:2 Murder in aid of racketeering (1)
18:1959(a)(5) Conspiracy to commit murder in aid of racketeering (2)
18:1512(a)(1)and 18:2 Tampering with a Witness (3)
18:924(c)and 18:2 Using, carrying or possessing firearm during and in relation to a crime of vio
18:924(j) and 18:2 Causing death through use of a firearm (5)

Date: 08/08/2018

*Issuing officer's signature*

City and state: Nashville, Tennessee

Elaine J. Hawkins, Criminal Case Administrator
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                         Weight:

Sex:                                            Race:

Hair:                                           Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print     Save As...                                                          Reset