# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Luis Colindres | ) | Case No. 3:18-cr-00200 -02 Judge Campbell |
| also known as | ) | |
| "Listo" | ) | |
| also known as | ) | |
| "Joe" | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Luis Colindres also known as "Listo" also known as "Joe"                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1959(a)(1) and 18:2 Murder in aid of racketeering(1)
18:1959(a)(5) Conspiracy to commit murder in aid of racketeering (2)
18:1512(a)(1) and 18:2 Tampering with a Witness (3)
18:924(c) and 18:2 Using, carrying or possessing firearm during and in relation to a crime of
18:924(j) and 18:2 Causing death through use of a firearm (5)

Date: 08/08/2018

*Issuing officer's signature*

City and state:   Nashville, Tennessee

Elaine J. Hawkins, Criminal Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3 JAN 19, and the person was arrested on *(date)* 3 JAN 19
at *(city and state)*                                           .

Date: 3 JAN 19

*Arresting officer's signature*

CBM Deputy
*Printed name and title*