MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA   v.   LUIS COLINDRES

CRIMINAL CASE NO. 3:18-cr-00200 (2)         OUT OF DIST. NO.
INTERPRETER: Myra Gann                      LANGUAGE: Spanish
GOVERNMENT ATTORNEY: Ahmed Safeeullah
COUNSEL FOR DEFENDANT: Patrick McNally
PRETRIAL SERVICES OFFICER: Laminta Poe

INITIAL HEARING HELD: 1/3/19                DEFENDANT ARRESTED: 1/3/19
　　　Defendant has a copy of and was advised of contents of:
　　　　　____Complaint         _X_Indictment         ____Other
　　　　　____Information       ____Supervised Release Petition

　_X__　Defendant advised of constitutional rights
　____　Defendant advised of right to preliminary hearing
　____　Defendant advised of right to revocation hearing
　_X__　Financial Affidavit filed
　_X__　Government filed Motion for Detention
　_X__　Defendant temporarily detained pending a hearing
　____　Defendant is in State/Federal custody
　____　Defendant released on previously set conditions of supervised release
　____　Defendant released on own recognizance bond with conditions of release

PRELIMINARY HEARING:

DETENTION HEARING SET FOR: 1/10/19 at 2:30 p.m.


ARRAIGNMENT HELD: 1/3/19
　　　Defendant acknowledges he has a copy of the Indictment
　　　Waives reading thereof _X_      PLEA:   GUILTY      <u>NOT GUILTY</u>
　　　Intends to plead guilty and referred to District Judge _____
　　　Defendant consented to trial before Magistrate Judge _____

PROCEEDINGS CONDUCTED BEFORE MAGISTRATE JUDGE:  BROWN   HOLMES   FRENSLEY   <u>NEWBERN</u>

LENGTH OF HEARING: 15 minutes