EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
DISTRITO CENTRAL DE TENNESSEE

ESTADOS UNIDOS DE AMÉRICA )
)
EN CONTRA DE )
) No. 3:18-00200
_Luis Colindres_ )
)

## ACUSO DE RECIBO Y LECTURA
## DE LA NOTIFICACIÓN Y EXPLICACIÓN DE DERECHOS

Por medio del presente, yo, _Luis Colindres_, hago constar que: he leído el documento que antecede, titulado "Notificación importante al acusado y explicación de derechos y procedimientos" (o que me lo han explicado); entiendo los derechos enumerados en ese documento y se me ha entregado una copia del mismo.

Firmado en audiencia pública, este día _3_ de _Jan_ de 20_19_.

_Luis Colindres_
Firma del acusado

_[signature]_
Firma del abogado defensor

_[signature]_
Firma del funcionario jurídico