UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:18-cr-00200 (2) |
| | ) | |
| LUIS COLINDRES | ) | |

## ORDER

On the basis of the defendant's financial affidavit in this cause, the Court determines that the defendant:

\_\_\_\_\_ is financially able to employ counsel and, therefore, denies his/her application for appointment of counsel at government expense.

__X__ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him/her.

__X__ is financially unable to pay the fee of any witness and pursuant to Rule 17(b), Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

\_\_\_\_\_ Upon motion of the Government, the Court may order repayment or partial repayment from the defendant for the attorney and witness fees for these services should it appear the defendant has such ability at a later time.

It is so ORDERED.

Dated: January 3, 2019

ALISTAIR E. NEWBERN
United States Magistrate Judge

cc: Federal Public Defender
 U.S. Probation Office
 U.S. Attorney's Office