IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 3:18-cr-00200 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| LUIS COLINDRES ) | |

## ORDER

In light of additional discovery productions in December 2019 and the continuance of the trial in this case to November 3, 2020, Defendant's pending motions filed on November 14, 2019, (Doc. Nos. 65, 66, 67) are **DENIED WITHOUT PREJUDICE** to refiling at a later date.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE