UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:18-cr-00200 |
| ) | Honorable William L. Campbell, Jr. |
| LUIS COLINDRES ) | United States District Judge |
| Defendant. ) | |

## WAIVER OF SPEEDY TRIAL

I, Luis Colindres, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C., sec. 3161, *et. seq.* and the Plan for Prompt Disposition of Criminal Cases adopted by this Court and have further been advised that, my case is currently set for trial on November 3, 2020, and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial until a later date and in doing so waive any rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases.

Date: *70 days only Please*

_____
Luis Colindres
Defendant

TRIBUNAL FEDERAL DE LOS ESTADOS UNIDOS
DEL DISTRITO CENTRAL DE TENNESSEE
DIVISIÓN DE NASHVILLE

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA, | § § | |
| vs. | § § | No. 3:18-cr-00200 |
| | § § | JUEZ CAMPBELL |
| LUIS COLINDRES, Acusado. | § § | |

## RENUNCIA DE ENSAYO

Yo, Luis Colindres, por medio de la presente declaro al Tribunal que se me ha informado acerca de mis derechos bajo la ley Juicio Sin Demora (Speedy Trial Act), 18 U.S.C. § 3161, et seq., y bajo el Plan Para la Resolución ágil de Casos Penales, el cual fue adoptado por este Tribunal. Declaro, además, que se me ha informado que mi juicio se llevará a cabo el día 3 de November, de 2020, y que mi juicio puede tomar lugar en esa fecha si así lo deseo. Doy autorización por medio de la presente a que mi juicio se posponga a una fecha posterior, y al dar esta autorización renuncio a cualquier derecho que pudiera tener bajo la ley Juicio Sin Demora y bajo el Plan Para la Resolución ágil de Casos Penales.

Fecha: 70 days only Please

_____
LUIS COLINDRES