# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00200-2 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| LUIS COLINDRES | ) | |

## ORDER

The Court received a letter from Luis Colindres stating concerns regarding the continuance of the trial in this case. (Doc. No. 104). Counsel for Mr. Colindres shall consult with him and file a response on or before November 17, 2020.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE