# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

)  Case No.: 3-18-00200-2

## UNITED STATES OF AMERICA

)  Judge: William L. Campbell, Jr.

V.

)  Hearing Date: December 21, 2021

)  Location: ⊙ Nashville  ○ Columbia  ○ Cookeville

LUIS COLINDRES

)  Court Reporter: Patty Jennings

)  Court Interpreter: Judith Kristy

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): Ahmed Safeeullah

Defense Attorney(s): Patrick McNally, Stephanie Mize

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1. 
2. 
3. 
4. 
5. 
6. 
Alt 1. 

7. 
8. 
9. 
10. 
11. 
12. 
Alt 2. 

COMMENTS:

After an ex parte hearing, Defendant appointed new counsel. The Court continued the 1/19/2021 trial to be reset after new counsel is appointed.

Total Time in Court: 20 minutes

Clerk of Court

by: Angie Brewer

Reset Form