# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NO. 3:18-cr-00200** |
| | ) | |
| | ) | **JUDGE CAMPBELL** |
| **LUIS COLINDRES** | ) | |

## ORDER

On December 21, 2020, the Court granted defense counsel's motion to withdraw and continued the trial in this case to a date to be set following appointment of new counsel. (*See* Doc. No. 123). Kyle F. Mothershead, Esq. has been appointed to represent Mr. Colindres. (*See* Doc. No. 124). After consultation with the parties, the trial in this case is set for June 29, 2021, at 9:00 a.m. The Court will hold a pretrial conference on June 21, 2021 at 10:00 a.m. All lawyers who will participate in the trial must attend the pretrial conference. Pretrial motions shall be filed by June 1, 2021.

Any plea agreement shall be consummated on or before June 14, 2021, and the courtroom deputy so notified. If a plea agreement is submitted, the hearing to take the plea will take place on June 21, 2021, at 10:00 a.m. On or before June 15, 2021, the parties shall submit to chambers the proposed plea agreement, and a document that lists the elements of each offense to which Defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and the applicable period of supervised release, and Defendant shall submit a plea petition.

If the case is to be tried, the parties shall file the following on or before June 15, 2021:

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with

citations to supporting authorities.

3.      An agreed verdict form or alternative versions.

The parties shall email a Word version of all proposed instructions and verdict forms that are filed to ccampbellchambers@tnmd.uscourts.gov.

All notices under Federal Rule of Evidence 404(b) shall be provided by June 1, 2021. Motions in limine shall be filed on or before June 8, 2021, and responses shall be filed on or before June 15, 2021.

Any motion to continue the trial shall be filed by June 15, 2021, and any response shall be filed by June 18, 2021. All motions to continue shall be accompanied by a Waiver of Speedy Trial Rights executed by Defendant, or shall contain an explanation of why such Waiver is not attached.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court. Counsel for the parties shall comply timely with the discovery and motion provisions of L.Cr.R. 12.01 and 16.01.

Defendant shall attend all court proceedings in this case. If a defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the defendant at all court proceedings. Counsel for Defendant shall make sure street clothes are available timely for Defendant at trial.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE