# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

LUIS COLINDRES

(list each defendant appearing at hearing)

Case No.: 3-18-00200-2

Judge: William L. Campbell, Jr.

Hearing Date: May 27, 2021

Location: ☑ Nashville ☐ Columbia ☐ Cookeville

Court Reporter: Patty Jennings

Court Interpreter: Judith Kristy

## CRIMINAL MINUTES

Government Attorney(s): Ahmed Safeeullah

Defense Attorney(s): Kyle Mothershead

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

After an ex parte hearing, the Court granted the request to continued the trial. Order to enter.

Total Time in Court: 20 minutes

Clerk of Court
by: Angie Brewer