| Petty Offense | ( ) |
|---|---|
| Misdemeanor | ( ) |
| Felony | (X) |
| Juvenile | ( ) |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

County of Offense: __Davidson__

AUSA's NAME: __Ahmed A. Safeeullah__

Oscar Delgado-Flores
Defendant's Name

Interpreter Needed?  _X_ Yes ____ No

Defendant's Address: In custody
Defendant's Attorney: Luke Evans

If Yes, what language? _Spanish_

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| One | 18 U.S.C. Section 1962(d) | RICO Conspiracy | Life imprisonment | $250,000 |

If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has three prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
|  |  |  |  |

Is the defendant currently in custody?   (X) Yes   ( ) No    If Yes, State or **Federal**?

Has a complaint been filed?   ( ) Yes   (X) No
  If Yes:   Name of Magistrate                                                Case No.:

Was the defendant arrested on the complaint?   ( ) Yes   ( ) No
Has a search warrant been issued?   ( ) Yes   ( ) No
  If Yes:   Name of Magistrate Judge                              Case No.:

Was bond set by Magistrate/District Judge:   ( ) Yes   (X) No        Amount of bond: _____

Is this a Rule 20?   ( ) Yes   (X) No     To/from what district? _____
Is this a Rule 40?   ( ) Yes   (X) No     To/from what district? _____

Is this case related to a pending or previously filed case?   (X) Yes   (X) No

  What is the related case number:   3:18-cr-00200

  Who is the Magistrate Judge: _____        District Judge: __Richardson__

Estimated trial time:   __Two weeks__

The Clerk will issue a **Summons** / Warrant        (circle one) – **IN CUSTODY**
Bond Recommendation:   _Detention_