IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:18-00200 |
| | ) | Case No. 3:22-00342 |
| v. | ) | Eli J. Richardson |
| | ) | U.S. District Court Judge |
| | ) | |
| OSCAR DELGADO-FLORES. | ) | |
| | ) | |

### DEFENDANT'S AMENDED POSITION REGARDING PRESENTENCE REPORT

Comes now, the defendant, Oscar Delgado-Flores ("Delgado"), by and through his attorney, Luke A. Evans, and respectfully submits his position regarding the presentence report as follows:

The Revised Presentence Report ("PSR") and Sentencing Recommendation generated by Terra Everrett, Supervisory U.S. Probation Officer with the United States District Court, Middle District of Tennessee Probation and Pretrial Services Office, calculates a total offense level of 43 as to Delgado with a Criminal History Category I. Probation's calculation results in the following guideline ranges: Case No. 3:22-00342 provides a guideline range of Life; in Case No. 3:18-00200, Counts 1 and 3 result in a guideline range of Life, Count 2 result in a guideline range of 10 years, and Count 4 results in a guideline range of 120 months that is consecutive to any other term of imprisonment. Delgado does not object to that calculation.

Respectfully Submitted,

EVANS BULLOCH & PARKER, PLLC

/s/ *Luke A. Evans*
LUKE A. EVANS, BPR# 23620
Attorney for Defendant
P.O. Box 398
302 North Spring Street
Murfreesboro, TN 37133
(615) 896-4154
lukeevans@bfhelaw.com

Certificate of Service

I hereby certify that on July 11, 2024, I electronically filed the foregoing Pleading with the clerk of the court by using the CM/ECF system to the following: **Ahmed Safeeullah** and **Matthew Hoff**, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee 37203. Said pleading was also sent to Senior U.S. Probation Officer **Terra Everett**, via email to: terra_everett@tnmp.uscourts.gov

/s/ *Luke A. Evans*
LUKE A. EVANS