IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | Nos. | 3:20-cr-00200 |
| v. | ) | | 3:22-cr-00342 |
| | ) | | |
| OSCAR DELGADO-FLORES | ) | | Judge Richardson |

**POSITION OF THE GOVERNMENT REGARDING PRESENTENCE REPORT**

The United States of America, by and through its attorneys, does not have any objections to the Presentence Report (PSR).

Respectfully submitted,

THOMAS J. JAWORSKI
Attorney for the United States
Acting under Authority Conferred
By 28 U.S.C. § 515

BY: *s/ Ahmed A. Safeeullah and Brooke Farzad*
Ahmed A. Safeeullah and Brooke Farzad
Assistant U.S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: 615-736-5151

DAVID L. JAFFE
Chief, Violent Crimes and Racketeering Section

By: */s/ Matthew Hoff*
Matthew Hoff
Deputy Chief
1301 New York Avenue, NW, Suite 700
Washington, D.C. 20005
Telephone: 202-598-8093

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Position of the Government Regarding Presentence Report was served via the U.S. District Court's ECF on July 11, 2024, to counsel for the defendant.

      *s/ Ahmed Safeeullah*
      Ahmed Safeeullah
      Assistant United States Attorney